IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SAMMIE WOODS                                                                        PETITIONER

vs.                         Civil Case No. 2:09CV00014 SWW-HLJ

T.C. OUTLAW, Warden
FCI, Forrest City, Arkansas et al.                                                  RESPONDENTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 6th day of July, 2009.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE